IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| FOX LAKE LIFESTYLE DEVELOPMENT, | ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | |
| BANK IOWA CORPORATION, | ) | 09-CV-02041 |
| JAMES C. TIEMANN, individually, and | ) | Hon. Blanche Manning |
| dba TIEMANN CO., TIEMANN CO., | ) | Magistrate Valdez |
| a Nebraska proprietorship, MICHAEL | ) | |
| STESSMAN, an Iowa Resident, | ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S RULE 41(A) DISMISSAL OF
MICHAEL STESSMAN, AN IOWA RESIDENT**

Plaintiff, FOX LAKE LIFESTYLE DEVELOPMENT, by and through their attorneys L. STEVEN PLATT and ARNOLD and KADJAN, hereby moves to dismiss defendant, MICHAEL STESSMAN, an Iowa Resident, as a matter of right, pursuant to Fed.R.Civ.P. 41(a), said defendant having failed to appear or otherwise plead in this case.

This case will continue as to all other remaining defendants.

          Respectfully Submitted,
          FOX LAKE LIFESTYLE
          DEVELOPMENT LLC

          By:    /s/:    L Steven Platt

L. Steven Platt
ARNOLD and KADJAN
19 W. Jackson, 3rd Flr.
Chicago, IL 60604
(312) 236-0415
(312) 341-0438- fax
lsplatt@arnoldandkadjan.com