IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| FOX LAKE LIFESTYLE DEVELOPMENT LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| BANKIOWA, AN IOWA STATE CHARTERED COMMUNITY BANK, JAMES C. TIEMANNN, INDIVIDUALLY, A NEBRASKA RESIDENT AND OWNER OF AND DBA TIEMANN CO., TIEMANN CO., A NEBRASKA SOLE PROPRIETORSHIP, MICHAEL STESSMAN, INDIVIDUALLY, AN IOWA RESIDENT, THE SHERIFF OF LAKE COUNTY, AND JOHN VRATSINAS INDIVIDUALLY, AND JOHN VRATSINAS COMMERCIAL BUILDERS INC., dba JVC BUILDERS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 09 – CV - 02041 Hon. Blanche M. Manning |
| Defendants. | ) ) | |

### AMENDED AGREED DISMISSAL ORDER

This matter having come before the court on Plaintiff's Motion to dismiss all defendants and this lawsuit with prejudice, is hereby granted. All defendants and this lawsuit are hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41 (a), and this case is closed, each party to bear its own costs, attorney's fees and expenses. This order supersedes and replaces the orders entered on April 13, 2009, July 14, 2009, and July 22, 2009. The status set for this matter for Thursday July 23, 2009, is stricken in light of this order.

ENTERED:

*Blanche M. Manning*
Hon. Blanche M. Manning

Dated: *August 3*, 2009